SEALED


FILED
OCT 13 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: 503 E. SPRINGER DRIVE, TURLOCK, CA.; 13697 SOUTH AVENUE, DELHI, CA.; 14105 EL CAPITAN WAY, DELHI, CA.; AND 12179 LOMBARDY AVENUE, BALLICO, CA; AND 320 SOUTH OLIVE AVENUE, STOCKTON CALIFORNIA | CASE NO. 1:15 SW 00301 SAB **UNDER SEAL** ORDER SEALING EARCH WARRANT AND APPLICATION FOR SEARCH WARRANT |

The United States of America having applied to this Court for an order permitting it to file the search warrant and application, affidavit in support thereof, in the above-captioned proceedings under seal until further order of the Court, and good cause appearing;

IT IS SO ORDERED.

Dated: October 12, 2015

HON. STANLEY A. BOONE
U.S. MAGISTRATE JUDGE

Order Sealing Search Warrant and Application             1